IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:22cr17-MHT |
| | ) | (WO) |
| DUSTIN ALLEN REED | ) | |

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with and in addition to the conditions of supervision in the judgment of conviction entered today, it is ORDERED that, upon commencement of supervised release:

(1) The United States Probation Office shall arrange for defendant Dustin Allen Reed to receive mental-health treatment in accordance with the detailed recommendations of Dr. Holly Kaufman.  *See* Psychological Evaluation (Doc. 45) at 10-11.  Such treatment shall begin with a psychiatric consultation to address defendant Reed's ADHD and symptoms of anxiety and depression and shall include, at least at the beginning, weekly sessions of cognitive-behavioral therapy (with a focus on decreasing maladaptive thoughts and behaviors and on increasing

positive emotions).  The mental-health provider shall be someone with expertise and experience in treating individuals with intellectual disabilities.  Defense counsel shall assist the probation department in securing such treatment and shall regularly monitor whether defendant Reed is receiving such treatment.

(2) The United States Probation Office shall arrange for defendant Reed to receive educational instruction from a mental-health practitioner about (i) sexual intercourse and human reproduction; (ii) human sexuality and sexual anatomy; and (iii) norms of appropriate and inappropriate sexual behavior.  Such instruction is to be given in a way that accounts for and is appropriately calibrated to defendant Reed's diagnosed ADHD and his intellectual disability.  Defense counsel shall assist the probation department in securing such treatment and shall regularly monitor whether defendant Reed is receiving such treatment.

(3) The United States Probation Office shall ensure that any mental-health practitioner treating defendant

**Reed receives a copy of the psychological evaluations conducted by Dr. Holly Kaufman,** *see* **Psychological Evaluation (Doc. 45), and Dr. Randall Griffith,** *see* **Psychological Evaluation (Doc. 42-1).**

**DONE, this the 2nd day of February, 2023.**

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**