IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:22cr17-MHT |
| | ) | (WO) |
| DUSTIN ALLEN REED | ) | |

ORDER

Based on the representations made on the record on August 4, 2023, it is ORDERED that defendant Dustin Allen Reed's conditions of supervised release, set forth in the February 2023 supplemental order on treatment (Doc. 54), are modified as follows:

(1) Psychiatric consultation is required only as indicated by defendant Reed's mental-health provider.

(2) Defendant Reed's supervising probation officer and mental-health provider are regularly to remind defendant Reed of his SORNA obligations and regularly to reinforce the "educational instruction" set forth in paragraph (2) of the court's February 2023 supplemental order on treatment (Doc. 54).

The court will not set any more status conferences.

DONE, this the 4th day of August, 2023.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**